| | |
|---|---|
| 1 | **JOHN R. DUREE, JR. INC.** |
| | **A Professional Corporation** |
| 2 | State Bar No. 65684 |
| | 428 J Street, Suite 352 |
| 3 | Sacramento, California 95814 |
| | Telephone: (916) 441-0562 |
| 4 | Fax: (916) 447-2988 |
| | Email: *jduree@pacbell.net* |

Attorney for Defendant
**KHADZIMURAD BABATOV**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00118 GEB |
| Plaintiff | ) | |
| vs. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| HURSHID HALDAROV, et al. | ) | |
| Defendant. | ) | |

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for June 15, 2012 at 9:00 a.m. in Courtroom 7 should be vacated and continued to July 13, 2012, at 9:00 a.m in Courtroom 7.

All counsel agree that time should be excluded under the Speedy Trial Act from the date this stipulation is lodged through July 13, 2012.

Defense counsel needs additional time to locate and interview witnesses. Further, with respect to negotiations, this case is tied to *U.S.A. v. Chartaev, et al.,* case no. 2:11-cr-00514-GEB, in which Khadzimurad Babatov is also charged.

The parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses and taking

-1-

into account due diligence, the parties agree that the interests of justice in granting this reasonable request for a continuance outweigh the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and Local Code T4.

Dated: June 12, 2012        /s/ Steve Lapham
                            STEVE LAPHAM
                            Assistant U.S. Attorney

Dated: June 12, 2012        /s/ John R. Duree, Jr.
                            JOHN R. DUREE, JR.
                            Attorney for KHADZIMURAD BABATOV

**ORDER**

**IT IS SO ORDERED.**

Dated: June 12, 2012

                            GARLAND E. BURRELL, JR.
                            United States District Judge